PDR NO. _____

| | | |
|---|---|---|
| ALVIN PETER HENRY, JR., Appellant, | § § § | IN THE COURT OF CRIMINAL |
| v. | § § | APPEALS AT AUSTIN, TEXAS |
| THE STATE OF TEXAS, Appellee. | § § § | |

RECEIVED IN COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

## MOTION TO FILE A SINGLE COPY

NOW COMES Alvin Henry, Jr., TDCJ #1935874, Appellant in the above -styled and -numbered cause and files his motion to request to file a single copy within this Honorable Court, and Shows this Court GOOD CAUSE to GRANT this motion as follows:

1. The Appellant is currently incarcerated in the TDCJ-CID Coffield Unit in Anderson County.

2. Appellant is currently without Counsel for his aid, and the Appellant is indigent.

3. The Coffield unit does NOT allow offenders to have access to a coping machine, and cannot provide the required copies to go to the proper parties.

4. The Appellant request this court to order the clerk of the Court to make the required copies to go to the proper parties at hand, and further request this Honorable Court to allow the Appellant to proceed by allowing Appellant to file a single copy.

FILED IN COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

### PRAYER

Appellant prays that this Court will GRANT this motion and order the CLERK of the Court to provide the required copies to go to the needs parties.

### INMATE DECLARATION

I, Alvin Henry, Jr., TDCJ #1935874, being currently incar-

cerated in the TDCJ-CID Coffield unit in Anderson County, Texas, declares that the foregoing is true and correct under the penalty of perjury. EXECUTED THIS DAY OF APRIL 24, 2015.

X _____
Alvin Henry, Jr.
#1935874-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro-se.

## PROOF OF MAILING

I, Alvin Henry, Jr., TDCJ #01935874, declares under the penalty of perjury that I have placed this motion in the internal mail box of the Coffield unit in Anderson County, Texas, on April 24, 2015.

X _____
Alvin Henry, Jr.
#01935874-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro-Se.